IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:13mj163 |
| v. | : | |
| PHILLIP IRVIN MOSES, II | : | ORDER UNSEALING CRIMINAL COMPLAINT, AFFIDAVIT, AND ARREST WARRANT |

IT IS HEREBY ORDERED that the Criminal Complaint, Affidavit, and Arrest Warrant in the above-captioned case filed herein, ordered sealed by the order of this court on April 19, 2013, be unsealed by the Clerk of Courts.

May 7, 2013.

*s/ Michael R. Merz*
United States Magistrate Judge